**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                        Criminal No. 06-92(1) & (2) (DWF/AJB)

        Plaintiff,

v.                                                                                                **ORDER**

Han Cavan (1) and Kok Luangrath (2),

        Defendants.

---

Jeffrey S. Paulsen, Assistant United States Attorney, counsel for Plaintiff.

Kenneth M. Bottema, Esq., Law Office of Bottema & Associates, counsel for Defendant
Han Cavan.

Julius A. Nolen, Esq., counsel for Defendant Kok Luangrath.

---

        Based upon the Report and Recommendation by United States Magistrate Judge

Arthur J. Boylan dated May 10, 2006, with all the files and records, and no objections

having been filed to said Recommendation,

        **IT IS HEREBY ORDERED**:

        1.      Defendant Han Cavan's and Defendant Kok Luangrath's joint Motion to

Suppress Evidence (Doc. No. 21) is **DENIED**.  Defendants' joint motion to suppress

search and seizure evidence is **DENIED** and Defendants' joint motion to suppress

statements is **DENIED**.


Dated:  June 12, 2006                    s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         Judge of United States District Court